UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.S., et al.,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

21-CV-2257 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In light of the permanent injunction granted on June 17, 2021 (Dkt. No. 22), the Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: July 2, 2021
       New York, New York

                                              J. PAUL OETKEN
                                          United States District Judge