UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

**R.S.** individually, and on behalf of his child,
**A.S.**, a minor,

Plaintiffs,

  -against-

**NEW YORK CITY DEPARTMENT OF EDUCATION, and MEISHA PORTER**,
in her official capacity as Chancellor of the New York City Department of Education

Defendants.

_____X

No 1:21-cv-02257-JPO

**Motion for Judgment on the Administrative Record**

# MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

  For the reasons set forth in their memorandum of law, Plaintiffs, R.S. individually and on behalf of his child, A.S. respectfully request that this Court GRANT their motion and enter an Order for the DOE to reimburse Parents in the amount of $60,450.

| | |
|---|---|
| Dated: August 20, 2021<br>New York, NY | Respectfully Submitted,<br><br>/s/ Irina Roller_____<br>Irina Roller (IR 0177)<br>Benjamin J. Hinerfeld (BH 2180)<br>**LAW OFFICES OF IRINA ROLLER, PLLC**<br>Attorneys for Plaintiffs<br>40 Wall Street, Suite 2508<br>New York, NY 10005<br>(212) 688-1100 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

**R.S.** individually, and on behalf of his child,
**A.S.**, a minor,

Plaintiffs,

    -against-

**NEW YORK CITY DEPARTMENT OF EDUCATION, and MEISHA PORTER**,
in her official capacity as Chancellor of the New York City Department of Education

Defendants.
_____X

No 1:21-cv-02257-JPO

**Motion for Judgment on the Administrative Record**

## CERTIFICATE OF SERVICE

I, Irina Roller, hereby certify that I have served Plaintiffs' Motion for Judgment on the Administrative Record, and supporting documentation, to all parties through the Court's ECF system.

Dated: August 20, 2021
New York, NY

Respectfully Submitted,

/s/ Irina Roller
Irina Roller (IR 0177)
Benjamin J. Hinerfeld (BH 2180)
**LAW OFFICES OF IRINA ROLLER, PLLC**
Attorneys for Plaintiffs
40 Wall Street, Suite 2508
New York, NY 10005
(212) 688-1100